UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

JIMMY DAVIS                                                                                                PLAINTIFF

V.                                                           CIVIL ACTION NO. 3:23-CV-200-DPJ-FKB

JOHN DOE, E.M.C.F. Head Warden,
BURL CAIN, M.D.O.C. Commissioner,
and MANAGEMENT TRAINING CORPORATION                                        DEFENDANTS

ORDER DIRECTING THE CLERK TO FILE
PLAINTIFF'S COMPLAINT RECEIVED ON MARCH 6, 2023

Upon consideration of the Complaint submitted by Plaintiff Jimmy Davis for filing and received by the Clerk of Court on March 6, 2023, the Clerk will be directed to file Davis's Complaint.   Accordingly, it is

ORDERED that the Clerk is directed to file as of today's date Plaintiff Jimmy Davis's Complaint filed pursuant to 42 U.S.C. § 1983 and received by the Clerk's Office on March 6, 2023, in the Northern Division of this Court.

IT IS FURTHER ORDERED that this civil action be assigned to Chief Judge Daniel P. Jordan III.

**SO ORDERED AND ADJUDGED** this the 20th day of March, 2023.

s/ *Daniel P. Jordan III*
CHIEF UNITED STATES DISTRICT JUDGE