UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

JIMMY DAVIS                                                                                           PLAINTIFF

V.                                                         CIVIL ACTION NO. 3:23-CV-200-DPJ-FKB

E.M.C.F. HEAD WARDEN, et al.                                                              DEFENDANTS

JUDGMENT

For the reasons stated in the Order entered this date, this case is dismissed with prejudice.

**SO ORDERED AND ADJUDGED** this the 28th day of August, 2023.

s/ *Daniel P. Jordan III*
CHIEF UNITED STATES DISTRICT JUDGE